Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | NELLON, Shirley Ann |
| **Docket Number:** | 1:00CR05134-01 |
| **Offender Address:** | Fresno, CA |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | August 20, 2001 |
| **Original Offense:** | 18 USC 1341&2 Mail Fraud and Aiding and Abetting (CLASS C FELONY); Interstate Transportation of Goods Stolen or Taken by Fraud and Aiding and Abetting (CLASS C FELONY) |
| **Original Sentence:** | 27 months custody, 3 years supervised release |
| **Special Conditions:** | 1) Warrantless search and seizure; 2) Not dispose of or dissipate any assets without the approval of the Court; 3) Access to requested financial information; 4) No new credit; 5) Drug testing |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | September 12, 2003 |
| **Assistant U.S. Attorney:** | Stanley A. Boone       **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | James R. Homola       **Telephone:** (559) 441-7111 |
| **Other Court Action:** | None |

RE:   **NELLON, Shirley Ann**
**Docket Number:  1:00CR05134-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The offender shall serve 90 days at Turning Point Fresno, Comprehensive Sanction Center or until discharged by the program director or probation officer.  The offender shall comply with all program rules and procedures as directed by the probation officer, including but not limited to substance abuse treatment and payment of subsistence.

**Justification:**   The offender commenced supervision on September 12, 2003 and has been compliant with most of her terms of supervised release.

On February 8, 2006, the undersigned received a call from an employee of Unlimited Energy, a company owned the offender's ex-husband.  The employee advised that after conducting a company financial audit, they discovered the offender had accessed the company's bank account and paid personal bills through telephone and auto-payment banking services, without authorization.  Further, it was discovered that the offender had fraudulently applied for two credit cards (First Premier and Citibank) using her ex-husband's name.

On March 13, 2006, the undersigned met with the offender to discuss the alleged activity. The offender admitted to accessing the bank account to pay her bills and signing her ex-husband's name on two credit card applications.  The offender attempted to explain that she and her ex-husband have an unusual relationship in that he continues to help her and her son financially and did not have any issue with giving her money.  She additionally admitted to signing her ex-husband's name on the credit card applications without his knowledge, but stated she has been the one responsible for paying the charges incurred, completely dismissed the fact she had committed fraud.

Rev. 04/2005
PROB12B.MRG

**RE:     NELLON, Shirley Ann**
**Docket Number:  1:00CR05134-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

On March 16, 2006, the undersigned met with the offender's ex-husband and he confirmed the unauthorized bank account accesses and credit cards open without his knowledge. The offender's ex-husband provided documentation and stated he was in the process of submitting a fraud report to the credit card companies.  He added that he had discussed this with the offender they came to an agreement that she would pay all balances on the credit card (approximately $2300).  He does not intend to press any charges against her for the money taken from the company's bank account.

On March 29, 2006, the offender voluntarily signed a Waiver of Hearing to modify her conditions of supervised release to include a 90 day placement at Turning Point Fresno Comprehensive Sanction Center as a sanction for her misconduct.

Respectfully submitted,

/s/ Philip Mizutani

**Philip Mizutani**
**United States Probation Officer**
Telephone:  (559) 499-5732

**DATED:**       March 30, 2006
                Fresno, California

**REVIEWED BY:**     **/s/ Bruce Vasquez**
                    **Bruce Vasquez**
                    **Supervising United States Probation Officer**

Rev. 04/2005
PROB12B.MRG

RE:   **NELLON, Shirley Ann**
      **Docket Number:  1:00CR05134-01**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:    April 6, 2006                          /s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE

Rev. 04/2005
PROB12B.MRG